FILE COPY



**CHIEF JUSTICE**
**JAMES T. WORTHEN**

**JUSTICES**
**BRIAN HOYLE**
**GREG NEELEY**

# TWELFTH COURT OF APPEALS

**CLERK**
**CATHY S. LUSK**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
4/16/2015 11:38:06 AM
CATHY S. LUSK
Clerk

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

April 7, 2015

Ms. Deborah Traylor
District Clerk, Rains County
Courthouse Annex
P. O. Box 187
Emory, TX 75440-0187
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 12-13-00165-CV
Trial Court Case Number: 9,140

**Style:** Susan Jackson Holden and Terry Holden
v.
Charles Lyle Holden, as the Independent Executor of the Estate of Rosie Eunice
Holden, Deceased

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

C Mr. David R. Weiner (DELIVERED VIA E-MAIL)
C Mr. John Glenn Meazell (DELIVERED VIA E-MAIL)
:

Mandate executed on __7th__ day of __April_____, 2015.

Brief explanation of action taken: __Scanned and placed in Courts file__

Laura Pate, Deputy _____ District/County Clerk

FILE COPY

Deborah Traylor, District Clerk

**1517 WEST FRONT STREET** • **SUITE 354** • **TYLER, TX 75702** • **TEL: 903-593-8471** • **FAX: 903-593-2193**

*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*

www.12thcoa.courts.state.tx.us